UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MYELICIA RODGERS,**

    **Plaintiff,**

**v.**                                       **Case No. 3:25-cv-138-TKW-ZCB**

**DOUG TULINO,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on the doctrine of res judicata and for failure to state a plausible claim for relief. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED with prejudice** under 28 U.S.C. §1915(e)(2)(B) based on the doctrine of res judicata and for failure to state a claim on which relief may be granted.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 23rd day of June, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**